IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAMONT TAYLOR, | No. C-11-1386 TEH (PR) |
|     Petitioner, | ORDER OF DISMISSAL |
|       v. | |
| RENDON, et al. | |
|     Respondents. | |

Petitioner Jeffrey Lamont Taylor, a state prisoner incarcerated at California State Prison - Corcoran, has filed a writ of habeas corpus under 28 U.S.C. § 2254, alleging that prison officials at Salinas Valley State Prison were deliberately indifferent to his serious medical needs, and that the prison officials' actions constitute cruel and unusual punishment. Specifically, Petitioner appears to be challenging the prison officials' failure to provide him with a neoprene knee brace, a back brace, and hearing aids, and the health issues resulting from this failure. Petitioner also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915. Doc. ## 2 and 4.

Good cause appearing, petitioner's application to proceed in forma pauperis is GRANTED.

Petitioner's challenges to the conditions of his confinement are DISMISSED without prejudice to filing a civil rights complaint under 42 USC § 1983. Although the Supreme Court has not addressed whether a challenge to a condition of confinement may be brought under habeas, see Bell v Wolfish, 441 US 520, 526 n6 (1979), the Ninth Circuit has held that habeas jurisdiction is absent, and a Section 1983 action proper, where, as here, a successful challenge to a prison condition will not necessarily shorten the prisoner's sentence. See Ramirez v Galaza, 334 F.3d 850, 859 (9th Cir. 2003); see also Badea v Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement); Crawford v Bell, 599 F.2d 890, 891-92 & n1 (9th Cir 1979) (affirming dismissal of habeas petition on basis that challenges to terms and conditions of confinement must be brought in civil rights complaint).

The Clerk shall terminate any pending motions as moot, enter judgment in accordance with this order and close the file.

IT IS SO ORDERED.

DATED     *9/29/2011*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.11\Taylor-11-1386-dism-hc-as-cr.wpd

2